IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GRAND TIME CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:08-CV-1770-K |
| | § | |
| WATCH FACTORY, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, *Defendant Grand Time Corporation's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) or Alternative, Motion For More Definite Statement Pursuant to Fed. R. Civ. P. 12(e)* is **DENIED**.

SIGNED this 6th day of January, 2010.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE